IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REPUBLIC CAR CLUB, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>MPH IMPORT & EXPORT, INC.,<br>DELFIN ESPINAL, and JOHN DOE<br>OWNERS/OPERATORS OF MPH IMPORT<br>& EXPORT, INC.,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 18-10188 (JBS-KMW)<br><br>**ORDER** |

This matter having come before the Court by way of Plaintiff Republic Car Club, LLC's ("Plaintiff") motion for default judgment [Docket Item 10] and Defendants MPH Import & Export, Inc., Delfin Espinal, and John Doe Owners/Operators' ("Defendants") motion to vacate default [Docket Item 13]; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this **21st** day of **June**, **2019,** hereby

**ORDERED** that Plaintiff's motion for default judgment [Docket Item 10] shall be, and hereby is, **DENIED**; and it is further

**ORDERED** that Defendants' motion to vacate default [Docket Item 13] shall be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendants shall file an Answer, motion, or otherwise respond to the Complaint within **fourteen (14) days** from the entry of this Order upon the docket.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          U.S. District Judge